UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Rashad Sanford
                    Plaintiff,

v.                                Case No.: 1:08–cv–06325
                                    Honorable David H. Coar

Walgreen Company
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 14, 2009:

      MINUTE entry before the Honorable David H. Coar: Defendant's Unopposed Motion for protective order [21] is granted. Signature order to be submitted to the proposed order folder for entry. Parties need not appear on the presentment date of 9/16/2009. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.